AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

Leonard Peltier                                    **JUDGMENT IN A CIVIL CASE**
                                                   CASE NUMBER: 03-CV-905
    v.

Federal Bureau of Investigation

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment is granted in its entirety and this case is closed.

Date: 2/27/06                                      RODNEY C. EARLY, CLERK

                                                                                     By: s/Deborah M. Zeeb
                                                                                         Deputy Clerk